IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH GREENE,**<br>          Plaintiff<br><br>     v.<br><br>**CITY OF PHILADELPHIA and**<br>**JOHN/JANE DOES #1-10,000,**<br>          Defendants | :<br>:<br>:  **CIVIL ACTION**<br>:<br>:<br>:<br>:<br>:  NO. 11-5356<br>:<br>: |

# ORDER

     **AND NOW**, this 26th day of September 2012, upon consideration of Defendant's Motion to Dismiss and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED** as to claims in Count I for racial discrimination based on hostile work environment and in Count II for retaliation for assertion of First Amendment rights. In all other respects the Motion is **GRANTED WITHOUT PREJUDICE**.

     It is further **ORDERED** that paragraphs 11.a. and 11.c. of the First Amended Complaint are **STRICKEN**.

     It is further **ORDERED** that Plaintiff may file a Second Amended Complaint within 21 days of the date of this order.

     It is so **ORDERED**.

                                                         BY THE COURT:

                                                        /s/ Cynthia M. Rufe

                                                        **CYNTHIA M. RUFE,  J.**